**Rodney E. TUMEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54345.**

Missouri Court of Appeals,
Western District.

May 26, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1998.

Jacqueline K. McGreevy, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

---

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Rodney E. Tumey appeals the circuit court's judgment denying, after an evidentiary hearing, his Rule 24.035 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).